**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALGAE TO OMEGA HOLDINGS INC.,
a Florida Corporation,

Case No. 12-CV-62290-Rosenbaum/Seltzer

Plaintiff,

v.

NORDIC NATURALS INC.,
a California Corporation,

Defendant.
________________________________________________/

**AGREED TO MOTION FOR THIRTY-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, ALGAE TO OMEGA HOLDINGS INC. ("A2O" or "Plaintiff") by and through its counsel of record, hereby stipulates and agrees to an order extending the time for Defendant NORDIC NATURALS INC. ("Nordic Naturals" or "Defendant") to respond to the Complaint as set forth below:

1. On November 21, 2012, Plaintiff filed a complaint in this action against Defendant alleging certain allegations of unfair competition and trademark infringement regarding its mark ALGAE TO OMEGA. *See* D.E. 1.

2. Defendant was served with process on November 26, 2012, making the answer and/or responsive pleading due on or before Monday, December 17, 2012.

3. Defendant contacted Plaintiff's counsel on December 12, 2012 to address a thirty-day (30) extension of time to analyze the allegations asserted by Plaintiff and investigate the underlying trademark registration. Plaintiff agrees with Defendant's request for an extension of time to respond to the Complaint.

THEREFORE, Plaintiff hereby stipulates that good cause exists to extend the period of time in which Defendant shall respond to the Complaint in this action and that a thirty (30) day extension be granted, and that Defendant shall file a response to the Complaint on or before January 16, 2013.

DATED this December 12, 2012.

***/s/ Robert H. Thornburg***

Robert H. Thornburg, Florida Bar No. 630829
rthornburg@addmg.com
Matthew N. Horowitz, Florida Bar No. 98564
mhorowitz@addmg.com
ALLEN, DYER, DOPPELTH, MILBRATH
& GILCHRIST, P.A.
777 Brickell Ave., Suite 1114
Miami, FL 33131
Telephone: 305-374-8303
Facsimile: 305-374-8306

*Attorneys for Algae to Omega Holdings Inc.*

‘

## CERTIFICATE OF SERVICE

I certify that on December 12, 2012, I electronically filed the foregoing document with the Clerk of Court by using the Court’s Case Management/Electronic Case Filing (“CM/ECF”) System. I further certify that a true and correct copy of the foregoing will be provided to counsel for Defendant via e-mail transmission (with a copy to follow via U.S. Mail) to:

Angela R. Gott
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

***/s/ Robert H. Thornburg***

Robert H. Thornburg