UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62290-CIV-ROSENBAUM/SELTZER

ALGAE TO OMEGA HOLDINGS, INC.,

    Plaintiff / Counter-Defendant,

v.

NORDIC NATURALS, INC.,

    Defendant / Counter-Claimant.

_____/

### ORDER REQUIRING STIPULATION OF DISMISSAL

This matter is before the Court upon the Notice of Settlement [D.E. 23] filed on April 3, 2013, indicating that this case has been settled in full.  In light of the Notice, the Court hereby directs the parties to submit a stipulation of dismissal **by April 15, 2013,** so that the case file may be closed.  If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of their settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Additionally, the parties shall expressly include notification to the Court in their stipulation that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.  It is further ordered that any other deadlines in this litigation are stayed pending submission of the stipulation of dismissal.

    **DONE and ORDERED** at Fort Lauderdale, Florida, this 4th day of April 2013.

                                                                          ROBIN S. ROSENBAUM
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable Barry S. Seltzer
Counsel of record